AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE _____

**SUMMONS IN A CIVIL CASE**

GREGORY O'GARA, on Behalf of The
ESTATE OF TAMARA PORTNICK,
Individually and On Behalf Of All Others
Similarly Situated,

**V.**

CASE NUMBER: **0 8 - 1 1 3**

COUNTRYWIDE HOME LOANS, INC.,
a wholly-owned subsidiary of
COUNTRYWIDE FINANCIAL CORPORATION,

TO:          **COUNTRYWIDE HOME LOANS, INC.,**
          **a wholly-owned subsidiary of**
          **COUNTRYWIDE FINANCIAL CORPORATION**
          **c/o The Prentice-Hall Corporation System, Inc.**
          **2711 Centerville Road, Suite 400**
          **Wilmington, DE 19808**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(name and address)

Carmella P. Keener, Esquire
Rosenthal, Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899-1070

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within
a reasonable period of time after service.

PETER T. DALLEO

FEB 2 6 2008

CLERK

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 2/26/08 |
| NAME OF SERVER (PRINT) *Richard Riley* | TITLE *Courier* |

Check one box to indicate appropriate method of service:

☐     Served personally upon the defendant. Place where served: _____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
      Name of person with whom the summons and complaint were left:: _____
      _____
      _____

☐     Returned unexecuted: _____
      _____
      _____

☒     Other (specify):  **Served Countrywide Home Loans, Inc., a wholly-owned subsidiary of Countrywide Financial Corporation, by serving The Prentice-Hall Corporation System, Inc. 2711 Centerville Road, Suite 400, Wilmington, DE 19808; copies thereof were accepted by** *Mary T. Drummond*, **who was authorized to receive service on its behalf.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/26/08
         Date

*Richard Riley*
Signature of Server

*800 King ST Wilm. De*
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.