IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREGORY O'GARA, On Behalf Of The ESTATE OF TAMARA PORTNICK, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a wholly-owned subsidiary of COUNTRYWIDE FINANCIAL CORPORATION,<br><br>    Defendant. | Case No. 08-113-JJF<br><br>**JURY TRIAL DEMAND** |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey M. Norton, Esquire of Harwood Feffer LLP, 488 Madison Avenue, 8th Floor, New York, NY 10022 to represent plaintiff Gregory O'Gara.

           */s/ Carmella P. Keener*
           Carmella P. Keener (DSBA No. 2810)
           ROSENTHAL, MONHAIT & GODDESS, P.A.
           P. O. Box 1070
           Wilmington, DE 19899
           (302) 656-4433
           ckeener@rmgglaw.com
            Attorneys for Plaintiff Gregory O'Gara

Dated: March 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREGORY O'GARA, On Behalf Of The ESTATE OF TAMARA PORTNICK, Individually and On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a wholly-owned subsidiary of COUNTRYWIDE FINANCIAL CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 08-113-JJF |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 10, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jeffrey M. Norton
　　　　　　　　　　　　　　　　　　Harwood & Feffer LLP
　　　　　　　　　　　　　　　　　　488 Madison Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　(212) 935-7400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREGORY O'GARA, On Behalf Of The ESTATE OF TAMARA PORTNICK, Individually and On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a wholly-owned subsidiary of COUNTRYWIDE FINANCIAL CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 08-113-JJF<br><br>**JURY TRIAL DEMAND** |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jeffrey M. Norton is granted.

Date: _____    _____
　　　　　　　　　　　　　　　　　　　U.S.D.J.