IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREGORY O'GARA, On Behalf Of The ESTATE OF TAMARA PORTNICK, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., a wholly-owned subsidiary of COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendant. | C.A. No. 08-113 (JJF) |

**STIPULATION AND ORDER EXTENDING TIME TO
ANSWER, MOVE OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Gregory O'Gara, on behalf of the Estate of Tamera Portnick, and defendant Countrywide Home Loans, Inc. that subject to the approval of the Court, defendant shall answer, move or otherwise respond to the Complaint by May 16, 2008 (original response date: March 17, 2008).

| OF COUNSEL: | ROSENTHAL, MONHAIT & GODDESS, P.A |
|---|---|
| Robert I. Harwood<br>Jeffrey M. Norton<br>Harwood Feffer LLP<br>488 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 935-7400<br>Facsimile: (212) 753-3630<br>rharwood@hfesq.com<br>jnorton@hfesq.com | /s/ Carmella P. Keener<br>Carmella P. Keener (#2810)<br>Citizens Bank Center, Suite 1401<br>Wilmington, DE 19899-1070<br>Telephone: (302) 656-4433<br>Facsimile: (302) 658-7567<br>ckeener@rmgglaw.com<br><br>Attorneys for Plaintiffs, Gregory O'Gara, on behalf of the Estate of Tamara Portnick, individually, and on behalf of all others similarly situated. |

{00760365;v1}

| OF COUNSEL: | BAYARD, P.A. |
|---|---|
| Thomas M. Hefferon (*pro hac vice to be filed*)<br>Sabrina M. Rose-Smith (*pro hac vice to be filed*)<br>Goodwin Procter LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 346-4000<br>Facsimile: (202) 346-4444<br>thefferon@goodwinprocter.com<br>srosesmith@goodwinprocter.com | /s/Stephen B. Brauerman<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>Attorneys for Defendant Countrywide Home Loans, Inc. |

Dated March 19, 2008

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

{00760365;v1}

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 19, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Carmella P. Keener
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
919 Market Street
Wilmington, DE 19899

The undersigned counsel further certifies that, on March 19, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Robert I. Harwood
Jeffrey M. Norton
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00759672;v1}