# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREGORY O'GARA, On Behalf Of The ESTATE OF TAMARA PORTNICK, Individually and On Behalf Of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., a wholly-owned subsidiary of COUNTRYWIDE FINANCIAL CORPORATION,<br><br>           Defendant. | C.A. No. 08-113 (JJF) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Richard D. Kirk of Bayard, P.A. as counsel for defendant Countrywide Home Loans, Inc., a wholly-owned subsidiary of Countrywide Financial Corporation in this matter.

March 24, 2008

OF COUNSEL:

Thomas M. Hefferon
Sabrina M. Rose-Smith
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
thefferon@goodwinprocter.com
srosesmith@goodwinprocter.com

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

Attorneys for Defendant Countrywide Home Loans, Inc.

00775611

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 24, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Carmella P. Keener
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
919 Market Street
Wilmington, DE 19899

The undersigned counsel further certifies that, on March 24, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Robert I. Harwood
Jeffrey M. Norton
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00759672;v1}