UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREG O'GARA, On Behalf Of The ESTATE OF TAMARA PORTNICK, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a wholly-owned subsidiary of COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendant. | C.A. No. 08-113 (JJF)<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby certifies that she caused a copy of the following documents:

1. Plaintiff's Request for Admissions to Countrywide Home Loans, Inc.;

2. Plaintiff's First Request for Production of Documents;

3. Plaintiff's First Set of Interrogatories Propounded to Defendant; and

4. this Notice of Service

to be served on June 4, 2008, by hand delivery, upon the following:

> Richard D. Kirk, Esquire
> Stephen P. Brauerman, Esquire
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899-5130

ROSENTHAL, MONHAIT & GODDESS, P.A.

OF COUNSEL:

Robert I. Harwood, Esquire
Jeffrey M. Norton, Esquire
Roy Shimon, Esquire
488 Madison Avenue, 8th Floor
New York, NY 10022
Tel: (212) 935-7400
Fax: (212) 753-3630

By: /s/ Carmella P. Keener
Carmella P. Keener (Bar ID No. 2810)
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Plaintiff*