## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| GREG O'GARA, On Behalf Of The ESTATE OF TAMARA PORTNICK, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a wholly-owned subsidiary of COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendant. | C.A. No. 08-113 (JJF)<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES ASSERTED IN DEFENDANT'S ANSWER PURSUANT TO FED. R. CIV. P. 12(F)

Plaintiff hereby moves this Court to strike the following affirmative defenses asserted in Defendant's Answer and Affirmative Defenses (D.I. 8): Affirmative defenses 2, 3, 4, 6, 8, 9, 13, 14, 19, 20, 21, 22, 23, 24. The bases for this Motion are set forth in plaintiff's opening brief in support of this motion, filed contemporaneously herewith.

ROSENTHAL, MONHAIT & GODDESS, P.A.

OF COUNSEL:

Robert I. Harwood, Esquire
Jeffrey M. Norton, Esquire
Roy Shimon, Esquire
488 Madison Avenue, 8th Floor
New York, NY 10022
Tel: (212) 935-7400
Fax: (212) 753-3630

By: /s/ Carmella P. Keener
Carmella P. Keener (Bar ID No. 2810)
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Plaintiff*