UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| GREG O'GARA, On Behalf Of The ESTATE OF TAMARA PORTNICK, Individually and On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a wholly-owned subsidiary of COUNTRYWIDE FINANCIAL CORPORATION,<br><br>                Defendant. | C.A. No. 08-113 (JJF)<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF MOTION

TO:    Richard D. Kirk, Esquire
         Stephen B. Brauerman, Esquire
         They Bayard Firm
         222 Delaware Avenue, Suite 900
         Wilmington, DE 19801

PLEASE TAKE NOTICE that plaintiff will present Plaintiff's Motion to Strike Affirmative Defenses Asserted in Defendant's Answer Pursuant to Fed. R. Civ. P. 12(f) on Friday, July 11, 2008 at 2:00 p.m. or at such other time that is convenient to the Court and counsel.

                                               ROSENTHAL, MONHAIT & GODDESS, P.A.

OF COUNSEL:

Robert I. Harwood, Esquire
Jeffrey M. Norton, Esquire
Roy Shimon, Esquire
488 Madison Avenue, 8th Floor
New York, NY 10022
Tel: (212) 935-7400
Fax: (212) 753-3630

By:   /s/ Carmella P. Keener
Carmella P. Keener (Bar ID No. 2810)
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Plaintiff*