IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREGORY O'GARA, On Behalf Of The ESTATE OF TAMARA PORTNICK, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., a wholly-owned subsidiary of COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendant. | C.A. No. 08-113 (JJF) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Thomas M. Hefferon and Sabrina Rose-Smith of Goodwin Procter LLP to represent Defendant Countrywide Home Loans, Inc. in the above captioned matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

OF COUNSEL:

Thomas M. Hefferon
Sabrina M. Rose-Smith
Goodwin Proctor LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
thefferon@goodwinprocter.com
srosesmith@goodwinprocter.com

Dated June 9, 2008

BAYARD, P.A.

/s/ Stephen B. Brauerman (sb4952)
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Defendant Countrywide Home Loans, Inc.*

{01028362;v1}

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

May 20, 2008

Thomas M. Hefferon
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC  20001

Attorneys for Defendant Countrywide Home Loans, Inc.

{00953423;v1}

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the Commonwealth of Virginia, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

May 20, 2008

_____
Sabrina Rose-Smith
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC  20001

Attorneys for Defendant Countrywide Home Loans, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on June 11, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Carmella P. Keener
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
919 Market Street
Wilmington, DE 19899

The undersigned counsel further certifies that, on June 11, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Robert I. Harwood
Jeffrey M. Norton
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022

                                      /s/ Stephen B. Brauerman (sb4952)
                                          Stephen B. Brauerman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREGORY O'GARA, On Behalf Of The ESTATE OF TAMARA PORTNICK, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., a wholly-owned subsidiary of COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendant. | C.A. No. 08-113 (JJF) |

**PROPOSED ORDER**

IT IS HEREBY ORDERED this _____ day of June, 2008, that the foregoing application of Thomas M. Hefferon and Sabrina Rose-Smith for admission to practice in this action *pro hac vice* is GRANTED.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

{01028396;v1}