## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREGORY O'GARA, On Behalf Of The ESTATE OF TAMARA PORTNICK, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., a wholly-owned subsidiary of COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendant. | C.A. No. 08-113 (JJF) |

### STIPULATION AND ORDER EXTENDING TIME TO
### RESPOND TO DISCOVERY

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Gregory O'Gara, on behalf of the Estate of Tamara Portnick ("Plaintiff"), and defendant Countrywide Home Loans, Inc. ("CHL") that subject to the approval of the Court, CHL shall serve its responses and objections to Plaintiff's Request for Admissions, Plaintiff's First Request for Production of Documents and Plaintiff's First Set of Interrogatories on August 15, 2008 (original response date: July 7, 2008).

{BAY:01039324v1}

| OF COUNSEL: | ROSENTHAL, MONHAIT & GODDESS, P.A |
|---|---|
| Robert I. Harwood<br>Jeffrey M. Norton<br>Harwood Feffer LLP<br>488 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 935-7400<br>Facsimile: (212) 753-3630<br>rharwood@hfesq.com<br>jnorton@hfesq.com | /s/ Carmella P. Keener (#2810)<br>Carmella P. Keener (#2810)<br>Citizens Bank Center, Suite 1401<br>Wilmington, DE 19899-1070<br>Telephone: (302) 656-4433<br>Facsimile: (302) 658-7567<br>ckeener@rmgglaw.com<br><br>Attorneys for Plaintiffs, Gregory O'Gara, on behalf of the Estate of Tamara Portnick, individually, and on behalf of all others similarly situated. |
| OF COUNSEL: | BAYARD, P.A. |
| Thomas M. Hefferon (*admitted pro hac vice*)<br>Sabrina M. Rose-Smith (*admitted pro hac vice*)<br>Goodwin Procter LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 346-4000<br>Facsimile: (202) 346-4444<br>thefferon@goodwinprocter.com<br>srosesmith@goodwinprocter.com | /s/ Stephen B. Brauerman (#4952)<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>Attorneys for Defendant Countrywide Home Loans, Inc. |
| Dated June 20, 2008 | |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

{BAY:01039324v1}